# Robbins, *et al. v.* Brown, *et al.*

*Bill in Equity.*

(Decided Nov. 14, 1905, 39 So. Rep. 588.)

APPEAL from Mobile Chancery Court.
Heard before Hon. THOMAS H. SMITH.

ERVIN & McALEER, for appellants.

D. B. COBBS and R. H. CLARKE, for appellees.

DOWDELL, J.—The decree from which the appeal is taken will not support it. Appeal dismissed.

TYSON, ANDERSON and DENSON, JJ., concur.

---

# Leatherbery *v.* Spottswood, Turner & Company.

*Assumpsit.*

(Decided Nov. 22, 1905, 39 So. Rep. 588.)

APPEAL from Mobile Circuit Court.
Heard before Hon. WM. S. ANDERSON.

B. B. BOONE, for appellant.

PILLANS, HANNAW & PILLANS, for appellee.

Affirmed.

Opinion by DENSON, J.

HARALSON, DOWDELL and ANDERSON, JJ., concur.

---

# Troy *v.* Elyton Land Co.

*Bill in Equity.*

(Decided Nov. 23, 1905, 39 So. Rep. 589.)

APPEAL from Jefferson Chancery Court.
Heard before Hon. JOHN C. CARMICHAEL.

DANIEL W. TROY, for appellant.

LONDON & LONDON, for appellee.

Affirmed.

Opinion by DOWDELL, J.

HARALSON, SIMPSON and DENSON, JJ., concur.